1  Robert C. Weiss (State Bar No. 39,929)
   rcweiss@jonesday.com
2  Charles A. Kertell (State Bar No. 181,214)
   cakertell@jonesday.com
3  JONES DAY
   555 South Flower Street, 50th Floor
4  Los Angeles, CA  90071
   Telephone:  (213) 489-3939
5  Facsimile:   (213) 243-2539

6  Attorneys for Plaintiff
   MAG INSTRUMENT, INC.
7
   Stefan Martin
8  stefan.martin@FMC-Law.com
   FRASER MILNER CASGRAIN, LLP
9  1 Place Ville-Marie, 39th Floor
   Montréal, Québec H3B 4M7.
10 Telephone: (514) 878-5832
   Facsimile: (514) 866-2241
11
   Attorneys for Defendant
12 BANKERS PEN, INC. dba SPECTOR & CO.

13
14                    UNITED STATES DISTRICT COURT
15                    CENTRAL DISTRICT OF CALIFORNIA
16

| MAG INSTRUMENT, INC., | Case No. CV 07-0705 R (OPx) |
|---|---|
| Plaintiff, | **CONSENT JUDGMENT** |
| v. | |
| BANKERS PEN, INC. dba SPECTOR & CO. and DOES 1-10, | Hon. Manuel L. Real |
| Defendants. | |

LAI-2903497v1

1    WHEREAS plaintiff Mag Instrument, Inc. ("Mag Instrument") and defendant Bankers Pen, Inc. dba Spector & Co. ("Spector") have agreed in a separate agreement to settlement of the matters in issue between them and to entry of this Consent Judgment, it is hereby ORDERED, ADJUDGED, AND DECREED THAT:

2.   1.   This is an action for patent infringement, arising under the patent laws of the United States, Title 35, United States Code.

3.   2.   This Court has jurisdiction over all of the parties in this action and over the subject matter in issue based on 28 U.S.C. §§1331 and 1338.  This Court further has continuing jurisdiction to enforce the terms and provisions of this Consent Judgment and Permanent Injunction.  Venue is also proper in this Court pursuant to 28 U.S.C. §1391, as well as 28 U.S.C. §1400(b).

4.   3.   Mag Instrument is a corporation incorporated under the laws of the State of California and has its principal place of business at 2001 South Hellman Avenue, Ontario, California 91761.

5.   4.   Spector is a corporation incorporated under the laws of Canada and has its principal place of business at 3400 Boul. Thimens, Saint-Laurent, Québec, Canada H4R 1V6.

6.   5.   Spector has offered for sale, sold, and/or imported certain FL01, FL03, FL04, FL10, and FL11 flashlights into the United States.  Digital photographs of the FL01, FL03, FL04, FL10, and FL11 flashlights are attached hereto as **Exhibits 1-5**, respectively.  The FL01, FL03, FL04, FL10, and FL11 flashlights were neither manufactured nor authorized by Mag Instrument.

7.   6.   Mag Instrument is, by assignment, the owner of all right, title, and interest in United States Patent No. RE 38,014 ("the '014 patent").  A copy of the '014 patent is attached hereto as **Exhibit 6**.

8.   7.   The '014 patent, issued on March 4, 2003, was valid and enforceable during its term, and was infringed by Spector's offer for sale, sale, and/or

1 | importation of the FL01, FL03, FL04, FL10, and FL11 flashlights into the United
2 | States during the term of the '014 patent.

3       8.    Service by mail upon Spector, addressed to Stefan Martin, Fraser Milner Casgrain, LLP, 1 Place Ville-Marie, 39th Floor, Montréal, Québec, Canada H3B 4M7, of a copy of this Consent Judgment entered by the Court is deemed sufficient notice under the Federal Rules of Civil Procedure. It shall not be necessary for defendant Spector to sign any form of acknowledgement of service.

      10.    The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED:**

Date: January 17, 2008

By: _____
    Hon. Manuel L. Real
    United States District Court Judge

1
2
3
4
5  Approved as to form and content:
6
7  Dated: _____, 2007        JONES DAY
8
9                                    By:_____
                                          Charles A. Kertell
10
                                      Attorneys for Plaintiff
11                                    MAG INSTRUMENT, INC.
12
13 Dated: _____, 2007        FRASER MILNER CASGRAIN, LLP
14
15                                    By:_____
                                          Stefan Martin
16
                                      Attorneys for Defendant
17                                    BANKERS PEN, INC. dba SPECTOR & CO.
18
19
20
21
22
23
24
25
26
27
28

LAI-2903497v1

4